TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Barry Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Barry Roth, | Case No.: |
|---|---|
| Plaintiff, | |
| vs. | **COMPLAINT** |
| RSI-Enterprises Inc., an Arizona corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, BARRY ROTH, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Queen Valley, Pinal County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. The Defendant to this lawsuit is RSI-Enterprises Inc., which is an Arizona corporation that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

5. Defendant is attempting to collect a consumer type Debt allegedly owed by Plaintiff to Sonora Quest Laboratories in the amount of $29.00 with account number 7166766 (the "Debt").

6. On or about October 9, 2015, Mr. Roth obtained his Equifax credit file and noticed that Defendant reported the alleged Debt.

7. On or about January 18, 2016, Mr. Roth submitted a letter to Defendant, disputing the alleged Debt.

8. On or about June 9, 2016, Mr. Roth obtained his Equifax credit file and noticed that Defendant failed to flag the alleged Debt as disputed, in violation of the FDCPA.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

9. Plaintiff reincorporates the preceding allegations by reference.

10. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

11. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

12. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

13. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

    a. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed. Defendant did this when it failed to flag its accounts as disputed on Mr. Roth's Equifax credit file.

14. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

    a. Actual damages;

    b. Statutory damages; and

    c. Statutory costs and attorneys' fees.

## JURY DEMAND

1   Plaintiff hereby demands a trial by Jury.

2   DATED: July 27, 2016

5                                    KENT LAW OFFICES

7                                    By: */s/   Trinette G. Kent*
8                                    Trinette G. Kent
                                     Attorneys for Plaintiff,
9                                    Barry Roth