TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Barry Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Roth, | Case No.: 2:16-cv-02527-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| RSI-Enterprises Inc., an Arizona corporation, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

|    |                                |                              |
|----|--------------------------------|------------------------------|
| 1  |                                |                              |
| 2  |                                |                              |
| 3  | DATED: September 12, 2016      | KENT LAW OFFICES             |
| 4  |                                |                              |

By: */s/  Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Barry Roth