TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Barry Roth*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Roth, | Case No.: 2:16-cv-02527-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| RSI-Enterprises Inc., an Arizona corporation, | |
| Defendant. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action against RSI-Enterprises Inc., with prejudice and without costs to either party.

KENT LAW OFFICES

DATED: September 21, 2016

By: _/s/ Trinette G. Kent_
Trinette G. Kent
Attorneys for Plaintiff,
Barry Roth

1